In the Matter of the Claim of STANLEY KNASZAK, Respondent, v. BUFFALO FORGE COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

972

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.